FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 6 2008

CENTRAL DISTRICT OF CA.
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARL BROWN,<br><br>    Petitioner,<br><br>v.<br><br>K. PROSPER, Warden,<br><br>    Respondent. | No. CV 07-190-JSL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that (1) a conditional writ of habeas corpus is granted as to Ground Nine with respect to Petitioner's conviction on counts 1 and 2 in Los Angeles County Superior Court Case No. VA071021; (2) Respondent shall discharge Petitioner from all adverse consequences of his convictions on counts 1 and 2 in Los Angeles County Superior Court Case No. VA071021, unless Petitioner is brought to retrial on said counts within ninety (90) days of the date the Judgment herein becomes final, plus any additional delay authorized under state law; and (3) the Petition is otherwise denied.

DATED: March 6, 2008

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE